United States District Court
Southern District of Texas
**ENTERED**
June 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ROBERTO ALCORTA FERNANDEZ | § § | |
| VS. | § § | CIVIL ACTION NO. 5:24-cv-18 |
| CHEYENNE PETROLEUM COMPANY, LP | § | |

## ORDER

The parties have filed a Joint Agreed Motion to Dismiss with Prejudice pursuant to Federal Rule of Civil Procedure 41(a) (Dkt. No. 31).[1] Parties in a civil suit may generally dismiss claims by filing a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). This general rule is subject to limitations in class action suits, shareholder derivative suits, and suits where the Court has appointed a receiver. *See* Fed. R. Civ. P. 41(a)(1)(A). Here, all parties signed the stipulation, and none of the above limitations apply. So, the parties automatically dismissed Plaintiff's claims with prejudice when they filed the stipulation. *See Def. Distributed v. U.S. Dep't of State*, 947 F.3d 870, 873 (5th Cir. 2020) (quoting *Nat'l City Golf Fin. v. Scott*, 899 F.3d 412, 415–16 (5th Cir. 2018)); Fed. R. Civ. P. 41(a)(1)(B).

Because no claim remains pending, the Clerk of Court is **DIRECTED** to **CLOSE** this civil action.

It is so **ORDERED**.

**SIGNED** June 10, 2025.

Marina Garcia Marmolejo
United States District Judge

---

[1] Although the parties styled the filing as a motion, because all parties signed the request for dismissal with prejudice, the Court construes it as a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).